UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates to:**

| | |
|---|---|
| *Maria Bales, et al. v. Bayer Corporation, et al.* | No. 12-cv-10885-DRH |
| *Margarett Graham, et al. v. Bayer Pharma AG, et al* | No. 12-cv-11236-DRH |
| *Sherrie Trescott, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11190-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:   /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.28
14:14:48 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT